**JAMES P. COLLINS  (CASBN. 84322)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5454**
**Facsimile: (415) 346-8987**

**Attorney for Defendant**
**KRISTY WATTS**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-0849VRW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO  CONTINUE HEARING |
| vs. ) | |
| KRISTY WATTS, ) | |
| Defendant. ) | |

      Parties, by and through their respective attorneys, Douglas Sprague, AUSA for the United States and James P. Collins, attorney for Kristy Watts hereby stipulate to continue the plea hearing currently set for September 10, 2009 at 2:00 PM to September 24, 2009 at 2:00 PM.

      Mr. Collins, Ms. Watts' current attorney, was appointed judge of the Superior Court in San Francisco by the governor.  He is no longer able to represent Ms, Watts in this matter.  This continuance is needed so that Ms. Watts can secure new counsel before the plea hearing.

      Wherefore, it is stipulated between parties that the current hearing date of September 10, 2009 be continued to September 24, 2009 for Ms. Watts to secure new counsel.

Dated: September 9, 2009 /s/

JAMES COLLINS

Dated: September 9, 2009 /s/

Doug Sprague

IT IS SO ORDERED



_____   Dated: 9/10/2009

HONORABLE VAUGHN WALKER

U.S. District Court Judge