**ANTHONY J. BRASS  (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5454**
**Facsimile: (415) 346-8987**
**Tony@brasslawoffice.com**

**Attorney for Defendant**
**KRISTY WATTS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0849VRW |
| Plaintiff, | STIPULATION OF COUNSEL AND [Proposed] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| KRISTY WATTS, | |
| Defendant. | |

The defendant Kristy Watts was ordered released in this matter, on a bond of $250,000.00 signed by her spouse, Gary Watts, and secured by their residence located at 346 G Street, San Rafael , CA, 94901.  Conditions of release were defined in that bond.  Defendant Watts has plead guilty.  The purpose of this stipulation is to allow defendant Watts to finalize the sale of the above listed home, the proceeds of which are to be used to satisfy restitution to the victim.

The Parties, and United States Pre-trial Services Supervisor Allen Lew, have agreed that the bond can now by modified in order to allow the bond to remain without securing property.

Good Cause appearing, and by stipulation of the parties, it is hereby ordered that the pre-trial release order be modified as follows:

The property located at 346 G Street, San Rafael, CA 94901, which has served to secure the $250,000.00 bond in the above entitled matter shall be reconveyed from the Clerk of the Court of the Northern District of California to the Defendant and her spouse, Gary Watts.

All other conditions are to remain the same.

The signatories on the bond are to remain personally liable for the $250,000.00, which will no longer be secured by the property.

Dated: December 18, 2009                    /s/_____
                                            DOUG SPRAGUE
                                            Assistant United States


Dated: December 18, 2009                    /s/_____
                                            ANTHONY BRASS
                                            Attorney for Kristy Watts




IT IS SO ORDERED:


Dated:    December 18, 2009                 _____
                                            U.S. Magistrate Judge