JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorneys

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00849 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND REQUEST TO |
| ) | CONTINUE SENTENCING; [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| KRISTY WATTS, ) | |
| ) | Honorable Vaughn R. Walker |
| Defendant. ) | |
| ) | |

     Plaintiff, the United States of America, by and through its undersigned counsel, and defendant, Kristy Watts, by and through her undersigned counsel, hereby stipulate and request that the sentencing of defendant Kristy Watts, currently scheduled for February 4, 2010, at 2:00 p.m., be continued to March 25, 2010, at 2:00 p.m.

     The reason for this request is that defense counsel's trial schedule necessitated a delay in the Probation Officer's initially-scheduled interview of the defendant. Accordingly, the parties have not yet received the draft Presentence Investigation Report (PSR). The requested continuance will permit the parties to receive and to review the draft PSR, to make comments upon it if appropriate, and to file sentencing memoranda with the Court in a timely manner.

The Probation Officer also supports the requested continuance and is available on March 25, 2010.

DATED: February 1, 2010                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           By_____/s/_____
                                           ROBIN L. HARRIS
                                           W. DOUGLAS SPRAGUE
                                           Assistant United States Attorneys

                                           _____/s/_____
                                           ANTHONY BRASS
                                           Attorney for Defendant Kristy Watts


                           [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT sentencing for defendant Kristy Watts is continued from February 4, 2010, to March 25, 2010, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: February 2, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Vaughn R Walker]*