**ANTHONY J. BRASS  (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5454**
**Facsimile: (415) 346-8987**
**Tony@brasslawoffice.com**

**Attorney for Defendant**
**KRISTY WATTS**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0849VRW |
| Plaintiff, | STIPULATION OF COUNSEL AND [Proposed] ORDER TO CHANGE SURRENDER DATE |
| vs. | |
| KRISTY WATTS, | |
| Defendant. | |

It is hereby stipulated between parties, Anthony Brass for Defendant Kristy Watts and Doug Sprague for the United States of America, that the surrender date for defendant be moved from June 4, 2010 to June 25, 2010.

Ms. Watts has been diagnosed with breast cancer.  Ms. Watts needs time to meet with her doctors to establish a treatment plan prior to her surrendering.

KJ Gibson of pretrial services has been notified and he has no objection to moving Ms. Watts' surrender date.

Dated: June 1, 2010                                /s/_____
                                                   DOUG SPRAGUE
                                                   Assistant United States

Dated: June 1, 2010                                /s/_____
                                                   ANTHONY BRASS
                                                   Attorney for Kristy Watts

IT IS SO ORDERED:


Dated: June 3, 2010                                _____
                                                   ~~VAUGHN A. WALKER~~
                                                   VAUGHN R WALKER
                                                   United States District Court Judge

...