ANTHONY J. BRASS  (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5454
Facsimile: (415) 346-8987
Tony@brasslawoffice.com

Attorney for Defendant
KRISTY WATTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0849VRW |
| Plaintiff, | STIPULATION OF COUNSEL AND [~~Proposed~~] ORDER TO CHANGE SURRENDER DATE |
| vs. | |
| KRISTY WATTS, | |
| Defendant. | |

It is hereby stipulated and requested by the parties, Anthony Brass for Defendant Kristy Watts and Doug Sprague for the United States of America, that the surrender date for defendant be moved from June 25, 2010 to July 9, 2010.

This court previously sign an order extending the surrender date for Ms. Watts' due to her diagnosis of breast cancer.  Since that time, Ms. Watts' doctor has provided a letter with regard to her treatment plan, which is attached hereto.

Because of the aggressive type of cancer Ms. Watts is suffering from, AUSA Doug Sprague is in contact with the Bureau of Prisons (BOP) regarding available options.  Based on the outcome of the conversations Mr. Sprague has with the BOP, Ms. Watts, through counsel,

may ask the court for a stay of execution of her incarceration until the conclusion of treatment, in approximately 6 months time.

Allen Lew of pretrial services has been notified and he has no objection to moving Ms. Watts' surrender date.

Dated: June 16, 2010                                    /s/_____
                                                        DOUG SPRAGUE
                                                        Assistant United States

Dated: June 16, 2010                                    /s/_____
                                                        ANTHONY BRASS
                                                        Attorney for Kristy Watts

IT IS SO ORDERED:

Dated: June 23, 2010                                    _____
                                                        ~~VAUGHN A. WALKER~~

                                                        United States District Court Judge
                                                        VAUGHN R WALKER



CALIFORNIA
CANCER
CARE

CALIFORNIA CANCER CARE, INC.
1350 South Eliseo Drive, Suite 200 • Greenbrae, CA 94904

(415) 925-5000 • Fax (415) 925-5050 • www.californiacancercare.com

June 14, 2010

Mr. Anthony J. Brass
Attorney at Law
3223 Webster Street @Lombard
San Francisco, CA 94123

Dear Tony,

### Re: Ms. Kristine Watts, d.o.b. 03-27-1962

Ms. Watts has what appears to be a rapidly growing left breast cancer, as it was mammographically undetectable in November, 2009, but a mere six months later, easily discernible. In view of its large size, neoadjuvant chemotherapy consisting of dose-dense Adriamycin and Cytoxan followed by Taxol is the treatment of choice. She will subsequently have surgery and then need radiation therapy.

This treatment regimen is quite demanding, as chemotherapy is given every two weeks and toxicities may be significant. If counts and toxicity allow, chemotherapy is given every two weeks for 8 sessions, completed in approximately 16 weeks or 4 months. A 4 to 6-week recovery will then ensue, and then surgery will be undertaken. Another 3 to 4 weeks recovery will be given followed by 6 weeks of radiation.

This chemotherapy is quite demanding, and because of the toxicity of chemotherapy, life-threatening low blood counts and infection can occur. Because of this, she would certainly best be served by having her treatment while not incarcerated.

I would be happy to talk to the judge, if you think that would help.

If you have any questions, do not hesitate to call. Best wishes.

Sincerely,

Peter D. Eisenberg, M.D.

Oncology-Hematology

---

PETER D. EISENBERG, M.D. • BOBBIE HEAD, M.D., PH.D. • DAVID S. GULLION, M.D. • JENNIFER LUCAS, M.D. • TIMOTHY J. CROWLEY, M.D
ALEX S. METZGER, M.D. • JESSICA FLAGIELLO, N.P. • NANCY SHEPARD, N.P. • GIA THORNBURG, N.P..