**ANTHONY J. BRASS  (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5454**
**Facsimile: (415) 346-8987**
**Tony@brasslawoffice.com**

**Attorney for Defendant**
**KRISTY WATTS**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0849 VRW |
| Plaintiff, | STIPULATION OF COUNSEL AND [Proposed] ORDER FOR STAY OF EXECUTION OF SURRENDER DATE |
| vs. | |
| KRISTY WATTS, | |
| Defendant. | |

It is hereby stipulated and requested by the parties, Anthony Brass for Defendant Kristy Watts and Doug Sprague for the United States of America, that the surrender date for defendant be continued to **January 7, 2011**.

This court previously signed two orders extending the surrender date for Ms. Watts due to her recent diagnosis of breast cancer.  Since that time, I have been informed that Assistant United States Attorney Doug Sprague has communicated with a representative of the Bureau of Prisons (BOP) with regard to defendant's treatment options.  Based upon the specific circumstances set forth in a letter from Ms. Watts's physician, the BOP's regional medical staff believes it would be effective and efficient for Ms. Watts to complete her treatment as requested

by her physician and out of custody.

    Allen Lew of pretrial services has been notified and has no objection to a stay of Ms. Watts' surrender date until the completion of her treatment for breast cancer.

    Wherefore, it is stipulated between parties and requested that Ms. Watts's surrender date be continued to January 7, 2011.

Dated: July 6, 2010                  _____/s/_____
                                         DOUG SPRAGUE
                                         Assistant United States

Dated: July 6, 2010                  /s/_____
                                         ANTHONY BRASS
                                         Attorney for Kristy Watts

IT IS SO ORDERED:

Dated: July 7, 2010

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*